FBI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern    District of    Pennsylvania

United States of America
v.

JEFFREY WORRILOW JR.

*Defendant*

)
)
)
)
)
)
)

Case No.     25-CR-408-1

SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JEFFREY WORRILOW JR.                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18:2252(a)(4)(B), (b)(2) - ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY

Date:     09/12/2025

s/ Eric Sobieski
*Issuing officer's signature*

City and state:    Philadelphia, Pa

Eric Sobieski, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/12/2025, and the person was arrested on *(date)* 9/15/2025 at *(city and state)* Philadelphia, PA. |

Date:   9/15/2025

James J. Zajac, FBI Special Agent
*Arresting officer's signature*

*Printed name and title*